## **Exhibit B**

# 2172CV00462 Clayton, Kevin H. vs. Hyannis Air Service Also Known As Cape Air et al

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 12/28/2021
- DCM Track:
- F - Fast Track
- Initiating Action:
- Employment Discrimination
- Status Date:
- 12/28/2021
- Case Judge:
- 
- Next Event:
- 

**All Information**  **Party**  **Tickler**  **Docket**  **Disposition**

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 12/28/2021 | Original civil complaint filed. with Jury Demand | 1 | Image |
| 12/28/2021 | Civil action cover sheet filed. | 2 | Image |
| 12/28/2021 | Plaintiff files Uniform Counsel Certification. Applies To: Clayton, Kevin H. (Plaintiff) | 3 | Image |
| 12/28/2021 | Kevin H. Clayton's MOTION for appointment of Special Process Server. | 4 | Image |
| 12/29/2021 | Endorsement on Motion for Appointment of Special Process Server (#4.0): ALLOWED (EDocument sent: A Clerk's Notice (eDoc) was generated and sent to: John C Barker, Esq. johncbarkeresq@gmail.com) | | Image |
| 02/03/2022 | Attorney appearance electronically filed. | | Image |
| 02/03/2022 | 's | 7 | Image |
| 02/07/2022 | Service Returned for Defendant Hyannis Air Service Also Known As Cape Air: Service through person in charge / agent; Ryan Ouellette on January 14, 2022 | 5 | Image |
| 02/07/2022 | Service Returned for Defendant Mackay, Phillip: Service made at last and usual; on January 14, 2022 | 6 | Image |